STATE OF NEW JERSEY v. ZACHERY J. McCULLOUGH.

February 11, 1974.  Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT WEST.

February 11, 1974.  Petition for certification denied.

STATE OF NEW JERSEY v. DAVID SKILLEN.

February 11, 1974.  Petition for certification denied.

STATE OF NEW JERSEY v. NIKOLL BROZI.

February 11, 1974.  Petition for certification denied. (See 125 *N. J. Super.* 485)

STATE OF NEW JERSEY v. RICHARD H. LUTTRELL.

February 11, 1974.  Petition for certification denied.

STATE OF NEW JERSEY v. HERBERT KIRK.

February 11, 1974.  Petition for certification denied.